IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AT&T CORP., AT&T SERVICES, INC., § <br> and AT&T MOBILITY LLC § <br> § <br> Defendants. § | Case No. 6:21-cv-00671-ADA <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO
CONSOLIDATED APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND MOTION [FOR] PRELIMINARY INJUNCTION**

Defendants AT&T Corp., AT&T Services, Inc., and AT&T Mobility, LLC (hereinafter "AT&T") hereby move for a one-week extension, through and including August 9, 2021, to file a response to Plaintiff VoIP-Pal.com, Inc.'s Consolidated Application for Temporary Restraining Order and Motion [for] Preliminary Injunction ("VoIP-Pal's Consolidated Application") (Doc. 20).

Plaintiff does not oppose this Motion or the extension requested herein.

For the foregoing reasons, AT&T hereby requests that this Unopposed Motion is granted and that AT&T's deadline to file a response to VoIP-Pal's Consolidated Application is extended through and including August 9, 2021.

Dated: July 27, 2021            Respectfully submitted,

*/s/ Roger Fulghum*
BAKER BOTTS L.L.P.
Roger Fulghum
State of Texas Bar No. 00790724
One Shell Plaza, 910 Louisiana Street
Houston, Texas 77002
Telephone:  713.229.1707
Facsimile:  713.229.2707
Email: roger.fulghum@bakerbotts.com

*Attorney for Defendants AT&T Corp., AT&T Services, Inc., and AT&T Mobility LLC*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred on July 26, 2021, and Plaintiff's counsel agreed to the relief sought. Accordingly, this Motion and the extension requested herein are unopposed.

*/s/     Roger Fulghum*
Roger Fulghum

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2021, all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system in accordance with Local Rule CV-5.

*/s/Roger Fulghum*
Roger Fulghum