IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-00671-ADA |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| AT&T CORPORATION, | § | |
| AT&T SERVICES, INC., and | § | |
| AT&T MOBILITY LLC | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff VoIP-Pal.com, Inc. and Defendants AT&T Corp., AT&T Services, Inc., and AT&T Mobility LLC stipulate and notify the Court that this action, including all of the claims and affirmative defenses asserted in this action, is dismissed without prejudice.  The parties stipulate that all pending requested relief may be denied without prejudice as moot.  The parties further stipulate each party is to bear its own fees, expenses, and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is signed by all parties and the dismissal of this action without prejudice is effective without a court order.

Dated: October 13, 2021                    Respectfully submitted,


By:   /s/ Lewis E. Hudnell, III
      Lewis E. Hudnell, III
      lewis@hudnelllaw.com
      Nicolas S. Gikkas
      nick@hudnelllaw.com
      Hudnell Law Group P.C.
      800 W. El Camino Real Suite 180
      Mountain View, California 94040
      T: 650.564.3698
      F: 347.772.3034

      **ATTORNEYS FOR PLAINTIFF
      VOIP-PAL.COM, INC.**


Dated: October 13, 2021                    Respectfully submitted,

      /s/ Roger Fulghum
      Roger Fulghum
      State of Texas Bar No. 00790724
      BAKER BOTTS L.L.P.
      910 Louisiana Street
      Houston, Texas 77002
      Telephone: (713) 229-1707
      Facsimile: (713) 229-2707
      Email: roger.fulghum@bakerbotts.com

      *Attorneys for Defendants AT&T Corp., AT&T
      Services, Inc., and AT&T Mobility LLC*